IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS | ) | MDL DOCKET NO. 2974 |
| LIABILITY LITIGATION | ) | (1:20-md-02974-LMM) |
| | ) | |
| | ) | CIVIL ACTION FILE NOS. |
| | ) | 1:21-cv-02839-LMM |
| | ) | 1:21-cv-02876-LMM |
| | ) | 1:21-cv-02918-LMM |
| | ) | 1:21-cv-02919-LMM |
| | ) | 1:21-cv-02920-LMM |
| | ) | 1:21-cv-02921-LMM |
| | ) | 1:21-cv-02922-LMM |
| | ) | 1:21-cv-02930-LMM |
| | ) | 1:21-cv-02931-LMM |
| | ) | 1:21-cv-02933-LMM |
| | ) | 1:21-cv-02990-LMM |
| | ) | 1:21-cv-02991-LMM |
| | ) | 1:21-cv-02998-LMM |
| | ) | 1:21-cv-03064-LMM |
| | ) | 1:21-cv-03391-LMM |
| | ) | 1:21-cv-03406-LMM |
| | ) | 1:21-cv-03436-LMM |
| | ) | 1:21-cv-03437-LMM |
| | ) | 1:21-cv-03442-LMM |
| | ) | 1:21-cv-04414-LMM |

ORDER

These cases come before the Court on Motion to withdraw attorney Laurel Li Harris as plaintiffs' counsel. Each affected plaintiff remains represented by other attorneys.

Because the plaintiffs will remain represented by counsel, the Court APPROVES the withdrawal. The Clerk is DIRECTED to terminate Laurel Li Harris as counsel of record for the plaintiffs in Civil Action File Nos. 1:21-cv-02839-LMM, 1:21-cv-02876-LMM, 1:21-cv-02918-LMM, 1:21-cv-02919-LMM, 1:21-cv-02920-LMM. 1:21-cv-02921-LMM, 1:21-cv-02922-LMM, 1:21-cv-02930-LMM, 1:21-cv-02931-LMM, 1:21-cv-02933-LMM, 1:21-cv-02990-LMM, 1:21-

1

cv-02991-LMM, 1:21-cv-02998-LMM, 1:21-cv-03064-LMM, 1:21-cv-03391-LMM, 1:21-cv-03406-LMM, 1:21-cv-03436-LMM, 1:21-cv-03437-LMM, 1:21-cv-03442-LMM, and 1:21-cv-04414-LMM, as of the date of this Order.

IT IS SO ORDERED this 15th day of January, 2025.

Leigh Martin May
United States District Judge